AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
STINSON LLP
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: 949.442.7110
Facsimile: 949.442.7118

TONY ANDRE (State Bar No. 361190)
tony.andre@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTINES<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>Defendants. | Case No. 2:26-cv-00974-DJC-CSK<br><br>Hon. Daniel J. Calabretta<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served:  May 15, 2026<br>Current Response Date:  May 29, 2026<br>New Response Date:  June 29, 2026<br><br>Action Filed:  March 18, 2026 |

Plaintiff RAYMOND MARTINES ("Plaintiff"), and BANK OF AMERICA, N.A. ("BANA") ( "Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    Plaintiff filed this action on March 18, 2026.  Defendant's responded to the Complaint by serving a Motion to Dismiss.  In response, Plaintiff amended the Complaint as permitted by the Rules of Civil Procedure.

2.    Defendant was served with the Plaintiff's First Amended Complaint on May 15, 2026.

3.    Defendant's response to the First Amended  Complaint was originally due on or before May 29, 2026.

4.    On May 27, 2026, the Parties stipulated, pursuant to Local Rule 144(a), that the time for Defendant to respond to the First Amended Complaint shall be extended 30 days up to and including June 29, 2026.

5.    Good cause exists for an Order extending Defendant's response deadline approximately 30 days to allow the Parties to explore an amicable resolution to the case, or at the very minimum discuss the next stages of the case.

7.    This extension will not affect any other deadlines entered in this case.

8.    This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 131(e), the ECF filer of this joint stipulation, Tony Andre, attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 27, 2026                STINSON, LLP


By:   _/s/ Tony Andre_____
                    TONY ANDRE

Attorneys for BANK OF AMERICA, N.A.


DATED:  May 27, 2026                R23 LAW APC


By:   _/s/ Peng Shao_ (as authorized on May 27, 2026)_____
                    PENG SHAO

Attorneys for Plaintiff RAYMOND MARTINES

## **ORDER**

The Court, having read and considered Plaintiff RAYMOND MARTINES ("Plaintiff") and Defendant BANK OF AMERICA, N.A.'s ("BANA" or "Defendant") joint stipulation to extend the time to respond to Plaintiff's First Amended Complaint, and good cause appearing, hereby orders that Defendant's response to Plaintiff's Complaint shall be due on or before June 29, 2026.

**IT IS SO ORDERED.**

Dated:  May 28, 2026                                      /s/ Daniel J. Calabretta
                                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                                          UNITED STATES DISTRICT JUDGE